JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 394 -- IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 6/27/79 |   | ORDER TO SHOW CAUSE -- A-1 through A-16 -- Why cases should not be transferred pursuant to 28 U.S.C. §1407 for pretrial proceedings. (ea) Notified all involved counsel and clerks. (ea) |
| 7/9/79 | 1 | RESPONSE, CERT. OF SVC. -- Majority of Pltfs by John J. O'Brien, Jr., Esq. (ea) |
| 7/19/79 |   | ORDER VACATING ORDER TO SHOW CAUSE pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks and judges. (ea) |
| 7/20/79 |   | APPEARANCES -- John G. Harkins, Jr., Esq. for Metropolitan Edison Co., Jersey Central Power & Light Co., Pennsylvania Electric Co., General Public Utilities Corp., Babcock & Wilcox Co., J. Ray McDermott & Co., and Catalytic, Inc.; Daniel L. Thistle, Esq for Earl J. and Dorothy Markle, Bill and Beverly Gorman, and Russell C. and Grayce Earhart; John J. O'Brien, Jr., Esq. for David Palmer, et al., Frank Park, et al., ~~################~~ The Children's Chifferobe, Greene's Camp Hill, The Peek-A-Boo Bath Boutique, John Park, et al., Ms. Joe Ward, Terry F. Smith, and Cuts N' Stuf; Aaron J. Broder, Esq. for Michelle Smajda; Arnold Levin, Esq. for Herbert M. Packer, Jr., et al. (ea) (Panel Att. Ser. List not prepared and sent out) |
| 7/23/79 | 2 | LETTER -- Counsel for Pltf. Terry F. Smith notifying the Panel of voluntary dismissal of A-15 Smith v. Babcock & Wilcox, Ltd., S.D.N.Y., C.A.No. 79-Civ.2235. (ea) |

JPML Form 1
Revised: 8/78

DOCKET NO. 394 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/19/79 | MO(denial) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 394 -- IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gerald S. Fantasky, et al. v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-432 | | | | 7/19/79 |
| A-2 | Dynamic Products Corp., et al. v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-439 | | | | 7/19/79 |
| A-3 | Robert T. Dunn, et al. v. Metropolitan Edison Co., et al. | M.D. Pa. Herman | Civ79-446 | | | | 7/19/79 |
| A-4 | Earl J. Markle, et al. v. Metropolitan Edison Co. of Reading, et al. | M.D.Pa. Herman | Civ79-520 | | | | 7/19/79 |
| A-5 | Herbert M. Packer, Jr., et al. v. General Public Utilities Corp., et al. | M.D.Pa. Herman | Civ79-522 | | | | 7/19/79 |
| A-6 | Herbert M. Packer, Jr., et al. v. General Public Utilities Corp., et al. | M.D.Pa. Herman | Civ79-542 | | | | 7/19/79 |
| A-7 | Albert Sammons v. Metropolitan Edison Co. | M.D.Pa. Herman | Civ79-621 | | | | 7/19/79 |
| A-8 | David Palmer, et al. v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-763 | | | | 7/19/79 |
| A-9 | Frank Park, et al. v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-710 | | | | 7/19/79 |
| A-10 | The Children's Chifferobe v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-769 | | | | 7/19/79 |

DOCKET NO. 394 -- IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Greene's Camp Hill v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-774 | | | | 7/19/79 |
| A-12 | The Peek-A-Boo Bath Boutique v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-775 | | | | 7/19/79 |
| A-13 | John Park, et al. v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-785 | | | | 7/19/79 |
| A-14 | Ms. Jo Ward v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-791 | | | | 7/19/79 |
| A-15 | Terry F. Smith v. Babcock & Wilcox, Ltd. | S.D.N.Y. Lowe | 79 Civ.2235 | | | | 7/19/79 |
| A-16 | Cuts N' Stuf v. Metropolitan Edison Co., et al. | M.D.Pa. Herman | Civ79-796 | | | | |

JPML Form 2

# COUNSEL OF RECORD
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 394 -- IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979

---

| | |
|---|---|
| GERALD S. FANTASKY, ET AL.(A-1)<br>Raymond L. Hovis, Esq.<br>Stock and Leader<br>35 S. Duke Street<br>York, Pennsylvania  17401<br><br>DYNAMIC PRODUCTS CORP., ETAL.(A-2)<br>ROBERT T. DUNN, ET AL. (A-3)<br>Richard A. Jameson, Esq.<br>Jameson and Milspaw, Esqs.<br>100 Chestnut St.<br>Suite 206<br>Harrisburg, Pa.  17101<br><br>David Berger, Esq.<br>Herbert A. Fogel, Esq.<br>1622 Locust Street<br>Philadelphia, Pa.  17103<br><br>EARL J. MARKLE, ET AL. (A-4)<br>Daniel L. Thistle, Esq.<br>Beasley, Hewson & Casey<br>5th Floor, 21 S. 12th Street<br>Philadelphia, Pa.  19107<br><br>Richard C. Shay, Esq.<br>Krank, Gross & Casper<br>Suite 338 Park City Center<br>Lancaster, Pa.  17601<br><br>HERBERT M. PACKER, ET AL. (A-5/6)<br>Avram G. Adler, Esq.<br>Arnold Levin, Esq.<br>Adler, Barish, Daniels, Levin &<br>   Creskoff<br>Rohm & Haas Bldg.<br>6th & Market Streets<br>Philadelphia, Pa.  19106<br><br>Lee C. Swartz, Esq.<br>Hepford, Zimmerman & Swartz<br>111 North Front St.<br>P.O. Box 889<br>Harrisburg, Pa.  17103 | ALBERT SAMMONS (A-7)<br>N. Christopher Menges, Esq.<br>Meisenhelder & McCullough<br>11 East Market Street<br>York, Pa.  17401<br><br>DAVID PALMER, ET AL. (A-8)<br>FRANK PARK, ET AL. (A-9)<br>THE CHILDREN'S CHIFFEROBE (A-10)<br>GREENE'S CAMP HILL (A-11)<br>THE PEEK-A-BOO BATH BOUTIQUE (A-12)<br>JOHN PARK, ET AL. (A-13)<br>MS. JO WARD (A-14)<br>John J. O'Brien, Jr., Esq.<br>Richard F. Rosen, Esq.<br>John J. O'Brien, III, Esq.<br>1260 Suburban Station Bldg.<br>1617 J. F. Kennedy Blvd.<br>Philadelphia, Pa.  19103<br><br>TERRY F. SMITH (A-15)<br>F. Lee Bailey, Esq.<br>Aaron J. Broder, Esq.<br>350 Fifth Avenue<br>New York, New York  10001<br><br>CUTS N' STUF (A-16)<br>John J. O'Brien, Jr., Esq.<br>(Same address as above) |

```
JPML Form 2A -- Continuation                          Counsel List -- p. 2

DOCKET NO. 394 -- IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT
                  AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979
```

| | |
|---|---|
| METROPOLITAN EDISON CO. OF READING<br>JERSEY CENTRAL POWER AND LIGHT CO.<br>PENNSYLVANIA ELECTRIC CO.<br>GENERAL PUBLIC UTILITIES CORP.<br>BABCOCK & WILCOX CO.<br>J. RAY MCDERMOTT & CO., INC.<br><u>CATALYTIC, INC.</u><br>Fred Speaker, Esq.<br>Pepper, Hamilton & Scheetz<br>10 South Market Square<br>Post Office Box 1181<br>Harrisburg, Pa. 17108<br><br>John G. Harkins, Jr., Esq.<br>Edward W. Madeira, Jr., Esq.<br>A. H. Wilcox, Esq.<br>2001 The Fidelity Bldg.<br>123 South Broad Street<br>Philadelphia, Pa. 19109 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 394 -- IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA ON MARCH 24, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| Metropolitan Edison Co. of Reading | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Jersey Central Power and Light Co. | A-1, A-4, A-5, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Pennsylvania Electric Co. | A-1, A-4, A-5, A-6 |
| General Public Utilities Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Babcock & Wilcox Co. | A-2, A-3, A-4, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15 |
| J. Ray McDermott & Co., Inc. | A-2, A-3, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Catalytic, Inc. | A-2, A-3, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |