JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 19 1979

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 394

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA, ON MARCH 24, 1979

ORDER VACATING ORDER TO SHOW CAUSE

On July 5, 1979, the action pending in the Southern District of New York and listed on the attached Schedule A was dismissed. Because the remaining actions in this litigation are each pending in the same district, the question of transfer under 28 U.S.C. §1407 by the Panel has become moot.

IT IS THEREFORE ORDERED that the order filed on June 27, 1979, to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings be, and the same hereby is, VACATED.

FOR THE PANEL:

Murray I. Gurfein
Chairman

DOCKET NO. 394

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ACCIDENT AT THREE MILE ISLAND NUCLEAR POWER PLANT AT HARRISBURG, PENNSYLVANIA, ON-MARCH 24, 1979

ORDER VACATING ORDER TO SHOW CAUSE

On July 5, 1979, the action pending in the Southern District of New York and listed on the attached Schedule A was dismissed. Because the remaining actions in this litigation are each pending in the same district, the question of transfer under 28 U.S.C. §1407 by the Panel has become moot.

IT IS THEREFORE ORDERED that the order to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 USCC. §1407 to a single district for coordinated or consolidated pretrial proceedings, and filed on June 27, 1979, in the above-referenced matter, be and the same hereby is VACATED.

FOR THE PANEL:

_____
Murray I. Gurfein
Chairman

SCHEDULE A                                          DOCKET NO. 394

## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gerald S. Fantasky, et al. v. Metropolitan Edison Co., et al. | Civ 79-432 |
| Dynamic Products Corp., et al. v. Metropolitan Edison Co., et al. | Civ 79-439 |
| Robert T. Dunn, et al. v. Metropolitan Edison Co., et al. | Civ 79-446 |
| Earl J. Markle, et al. v. Metropolitan Edison Co. of Reading, et al. | Civ 79-520 |
| Herbert M. Packer, Jr., et al. v. General Public Utilities Corp., et al. | Civ 79-522 |
| Herbert M. Packer, Jr., et al. v. General Public Utilities Corp., et al. | Civ 79-542 |
| Albert Sammons v. Metropolitan Edison Co. | Civ 79-621 |
| David Palmer, et al. v. Metropolitan Edison Co., et al. | Civ 79-763 |
| Frank Park, et al. v. Metropolitan Edison Co., et al. | Civ 79-710 |
| The Children's Chifferobe v. Metropolitan Edison Co., et al. | Civ 79-769 |
| Greene's Camp Hill v. Metropolitan Edison Co., et al. | Civ 79-774 |
| The Peek-A-Boo Bath Boutique v. Metropolitan Edison Co., et al. | Civ 79-775 |

SCHEDULE A

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Metropolitan Edison Co., et al. Geiser (Karen), et al. | CIV A78-3354 |
| | |
| Metropolitan Edison Co., et al. Danehow Chocolate Corp., et al. | CIV A78-3338 |
| | |
| Metropolitan Edison Co., et al. Jacobs D. Dunn, et al. | CIV A78-3276 |
| | |
| Metropolitan Edison Co., et al. Kent J. Mature, et al. | CIV A78-3250 |
| | |
| Edison Co. of Boston, et al. | |
| Kemper M. Mccook, et al. | CIV A78-1233 |
| | |
| General Public Utilities Corp., et al. Memphis M. Rosker, et al. | CIV A78-1243 |
| | |
| General Public Utilities Edison Deaty Durman, et al. Metropolitan | CIV A78-1237 |
| | |
| Edison Co. Metropolitan | CIV A78-1170 |
| | |
| Edison Co., et al. Jason Josh, et al. Metropolitan | CIV A78-1070 |
| | |
| Metropolitan Edison Co., et al. The Ottogoers Christophe, et al. | CIV A78-1008 |
| | |
| Edison Co., et al. Green's Club Hill, et al. Metropolitan | CIV A78-1149 |
| | |
| Metropolitan Edison Co., et al. The Beer-Hoe-Boot Boutique, et al. | CIV A78-1117 |

DOCKET NO. 354

SCHEDULE A                        p.2                    DOCKET NO. 394

### MIDDLE DISTRICT OF PENNSYLVANIA (Continued)

| | |
|---|---|
| John Park, et al. v. Metropolitan Edison Co., et al. | Civ 79-785 |
| Ms. Jo Ward v. Metropolitan Edison Co., et al. | Civ 79-791 |
| Cuts N'Stuf v. Metropolitan Edison Co., et al. | Civ 79-796 |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terry F. Smith v. Babcock & Wilcox Ltd. | 79 Civ 2235 |

MIDDLE DISTRICT OF PENNSYLVANIA (Continued)

| | |
|---|---|
| John Park, et al. v. Metropolitan Edison Co., et al. | Civ 79-785 |
| Ms. Jo Ward v. Metropolitan Edison Co., et al. | Civ 79-791 |
| Cuts N'Stuf v. Metropolitan Edison Co., et al. | Civ 79-796 |

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terry F. Smith v. Babcock & Wilcox Ltd. | 79 Civ 2235 |